tice's court affirmed, with costs. Held, that the evidence was sufficient to sustain the verdict of the jury.

FRIEDMAN, Appellant, v. PICKERING PRINTING & PUBLISHING CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 1, 1904.) Action by Morris Friedman against the Pickering Printing & Publishing Company. No opinion. Order affirmed on argument, with $10 costs and disbursements.

FROUNFELKER v. DELAWARE, L. & W. R. CO. (Supreme Court, Appellate Division, First Department. December 9, 1904.) Action by Sarah H. Frounfelker against the Delaware, Lackawanna & Western Railroad Company. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

In re CALMAN'S ESTATE. (Supreme Court, Appellate Division, First Department. January 20, 1905.) In the matter of Emil Galman's Estate. G. M. Judd, for appellant. L. M. Isaacs, for respondent. No opinion. Order affirmed, with costs.

GARDNER v. INTERBOROUGH RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. January 20, 1905.) Action by Abraham Gardner against the Interborough Rapid Transit Company. No opinion. Motion denied, with $10 costs.

GARRETT, Respondent, v. SOMERVILLE, Appellant. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by Mary E. Garrett against Lowry Somerville. No opinion. Motion for reargument denied.

GARRETT, Respondent, v. SOMERVILLE, Appellant. (Supreme Court, Appellate Division, Second Department. January 20, 1905.) Action by Mary E. Garrett against Lowry Somerville. No opinion. Motion for leave to appeal to the Court of Appeals denied.

GERMAN–AMERICAN BANK OF ROCHESTER v. CUNNINGHAM. (Supreme Court, Appellate Division, Fourth Department. December 7, 1904.) Action by the German-American Bank of Rochester against Charles E. Cunningham. No opinion. Motion to correct and change decision denied, with $10 costs.

GESSLER, Appellant, v. LEHIGH VALLEY R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 11, 1905.) Action by Harriet Gessler against the Lehigh Valley Railroad Company. No opinion. Judgment affirmed, with costs.

GESSLER, Appellant, v. WILHELM, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 7, 1904.) Action by Harriet Gessler, an infant, against James H. Wilhelm, as treasurer. No opinion. Judgment affirmed, with costs.

In re GILL. (Supreme Court, Appellate Division, Second Department. January 13, 1905.)

In the matter of the application for a compulsory accounting of Hannah Gill, as executrix of the last will and testament of Robinson Gill, deceased. No opinion. Order of the Surrogate's Court of Kings county (87 N. Y. Supp. 252) affirmed, with $10 costs and disbursements.

GILLAN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 25, 1905.) Action by James Gillan against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

GILLEN BROS. CO., Respondent, v. UNITED STATES CASUALTY CO., Appellant. (Supreme Court, Appellate Term. January 17, 1905.) Appeal from City Court of New York, Trial Term. Action by the Gillen Brothers Company against the United States Casualty Company. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Reversed. Carl Schurz Petrasch, for appellant. McFarland, Taylor & Costello, for respondent.

PER CURIAM. The case contains no evidence whatever of anything that can properly be called duress. The complaint should have been dismissed. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

In re GOLDSMITH. (Supreme Court, Appellate Division, First Department. January 20, 1905.) In the matter of Bella Goldsmith. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

GOLDSTEIN v. MICHELSON. (Supreme Court, Appellate Division, First Department. January 13, 1905.) Action by Louis Goldstein against Lena Michelson. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

GOULDY, Appellant, v. OBERMEYER & LIEBMANN, Respondents. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by Mary E. Gouldy against Obermeyer & Liebmann. H. C. Smyth, for appellant. G. C. Fox, for respondents.

PER CURIAM. Order affirmed, with costs.

INGRAHAM and HATCH, JJ., dissent.

GOULRICK v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. December 7, 1904.) Action by Edward J. Goulrick against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

In re GOWDEY'S ESTATE. (Supreme Court, Appellate Division, Third Department. January 13, 1905.) In the matter of the estate of Letitia E. Gowdey, deceased. No opinion. Motion denied on default, with $10 costs.

In re GRADE CROSSING COM'RS OF CITY OF BUFFALO. (Supreme Court, Ap-